IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50413
Summary Calendar
_____


RICHARD GREY KIRBY,

                                        Plaintiff-Appellant,

versus

BRUCE ISAACKS, Sued in his Individual
Capacity; B.J. FLOWERS, Secret Service
Agent, Sued in his Individual Capacity;
JOE AGUIRRE, Warden, Sued in his
Individual Capacity,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CV-269
- - - - - - - - - -
December 31, 1997
Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

Richard Grey Kirby, #23415-077, appeals the district court's
denial of his motion to alter or amend judgment in a §
1983/Bivens action.  To the extent Kirby argues that the district
court failed to address his Anti-Injunction Act claim, any error
was harmless as he failed to show that he was entitled to an
injunction under any exceptions to the general prohibition on

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

injunctions.  See J.R. Clearwater Inc. v. Ashland Chemical Co., 93 F.3d 176, 178-79 (5th Cir. 1996).  We affirm in all other respects for the same reasons stated by the district court. Kirby v. Isaacks, EP-96-CV-269 (W.D. Tex. Nov. 20, 1996).

AFFIRMED.